Case Number

RECEIVED
OCT 13 2015
CLERK, U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

Sons of mental illness
William James Ackerman
vp

15 - 1326

Office of behavior health
Karen Welch Murphy   secretary
Dr. Karen Murphy
Gov. Tom Wolf

• Dr. Karen Murphy secretary
30 Kline Village
Harrisburg Pa 17104

625 Forster st #802
Harrisburg Pa 17120

• Ada act

• Civil rights act of 1964

• Honest service fraud

# Complaint

I have cume to the Courts to ask for rules on state money to have sexual conduct contracts with a clause for voice testing with the act of losing license a severe fine and maybe Jail time

Without these safeguard we falling to failing to protect the spec class of people with the law intend to Protect.

But under the Mercy institute they use the funding for Mercy services of insurance trucking Mercy's fellatio service and other sex acts they do.

All Mercy service have some kend of Mercy's fellatio service and other sex acts they do. I go down to south 1st, Mercy has four building and many office where they run their main oprations of Mercy's fellatio service where staff take putient's of staffy and staff. At 315 is where I have

seen them Staff line up the Patients
they do it in the lobby so the
Patient's can watch them on their
knee's, they told us they have a
computer room which they been saiding
for seven bert they use this as getting
head room. This room is used for
staff who need money so their
do any kind of service the Patients
want. I have been asking to stop
it or to end for a right to honest
service.

• My first Complaint was on 11-27-11
at that time I was in Wolfe Support
house I walk up to take my Pills.
I sit down and Heather Brown turn
on the tv and the Steelers Vs
Chiefs. As I was watching the game
Roy give me my pills. I start to
watch then Roy pulled down his
pants then Heather Brown got into
doggy style position then Roy grabbed
her head then Heather began giving
fellatio service, so I was in total
disarray, It shocking my conscience.

• DOJ left and called the office of behavior to file a Complaine on Mercy

• I called my Patient Advocate so he knows it could help.

• Roy said to me if couldn't give me fellatio services and if I don't give him Dirty Sanchez, that he would tell everyone we had homosexual relationships together

• 1-3-11 they commit on a 302 which this was because of, I found out about the staff having fellatio services with the Patient's their call it late night, I ask to many questi about what staff is doing

So they made me recant my statement so I could get out of the hospital, I was so scared at that time, I makes that chose of wanting to be free, The Mental health court are not about the law but what Doctor and Edt,

④

• I couldn't call the cops while what would happens is mercy would use the serious mental disorder of Psychosis, which they use for a 302 commit, which a patient can't make a legal Counterclaim of legitimacy of their claims;

• Mercy X- John k. had start around 2011, The investigate on my sex live, and what are my weakness, He used to see mary and her mom which is the same place I grow up in Mapleview

John said kim welch give him money to pay for information, about what kinds of sex I had with women, Which I use to be very violent-tempered man who use to hit and beat on women,

This came from my childhood where, when I was young boy my mom used to beat me with a iron cord, She would would give me public humiliation so the day came when I took the iron cord and grab her by her, throat and started choking, which I would need to keep in my passed, but

This is how they get inside my head, so they can abuse me this is how they start making trouble, X John K would use therapy sessions to pump in information about my neighbor
So the people of Mapleview would give information about me,
This mercy standard operation procedures for any patient who wren't obey them.

When mercy kicked me out of Wolfe support housing, So Mercy Ett exercising their right of bellator services for a Mental retarded man to influencing passion by spiding to me "thats why they raped your in camp" "your a bitch"
This causing a fight which I told I cann't go to group" why they said they did that was because I filed a court case on mercy on 12-12-12- They are going punishing for doing that

(6)

So mercy issure a 302 warrant which the cops came to my apartment, I was sleeping, When I feeled some thing to the back of my head

A man told me if I moved he would blow my head, so I has my hands where up, the other man told him that my hands where up, They where about twenty or thirty cops, They where very mad at me so they slapping handcuff on, While I was going to Western Psychiatric, I told the cops that my hand was going numbness, When I got to WPic and the cop took off handcup, my hand was blue and my wrist was red,

When they took my to one of the floors they tryed to strip search me which I refussed, how they get away with this, is WPic made up its own patient bill of rights to commit grand lareny by trick on the Patient, The States Patient bill of right said they have to treat me with dignity and Respect

The Mental Health court, which refused to heard on the law issure equal protection of the law, 14th amendment of Privileges and immunities Clause, Hobbs cut, Freedom of Speech, Freedom of association, The Petition clause protects the right "to petition the government for a redress of grievances,

The Pennsylvania State Constitution Article X said that all Nonprofit must obey the state Constitution;

section 1 - inherent rights of Mankin

section 2 - Political Powers

section 6 - Trial by Jury

section 7 - Freedom of Press and Speech; Libels

section 11 - Courts to be open; Suits against the Commonwealth

section 12 - Power of Suspending laws

section 17 - Ex Post Facto laws; impairment of Contracts

section 20. Right of Petition

section 25 Reservation of Powers in people

section 26 - No Discrimination by commonwealth and its Political subdivisions

"So tryed my best for ten month, Mercy put my stuff in storage, this is where they give a chose of storage or they where going to thrown in the trash, So I had to sign a contract, I am trap I have to save my stuff, I ask for my paperwork for a right to take my issure to the magistrate, my said we got in the hospital and you lost that right, So I ask the office of behavior health, the said its called a 302 eviction, I ask them is this a lawful act, They told me they didn't cure thats not their job, Then then they made me go from two to team four, Which the office of behavior it was my team was mental abusing me

(4)

Then I start working with Ms P
she start talking to me, I started
as a working ~   then she start
shaking her ass, at me, tell me she
want to be like, she know what
turn me on, she would me to
text and tell her, how turn on
I was and I would go down
on her then she tryed to go
down on a patient in the lobby
to turn me on, so I text her,
Then she ask me, to go down
on her in the lobby so the other
patient's can watch, so she got
mad at me and turn in my tits
to the boss, so she ask her.
what did she do, she was going
to take her out of groups;
Ms P   said in the lobby
at the Party to me in front of
all the patient's that she want
to have sex with me and I better
do something;
A week later she came to
my apartment but she turn on
me, All I did was touch her hair

(10)

so she got to my apartment she
start yelling at me tell what a
bad person, it would better if
you kill youre, youre mom should
never had youre, youre should Just Die
much more which it still knots me,
This how she tried to inducing
Psychosis in me to cover up what
she had done to me, she was get
help from Mrs Herman who give her
tips of help, she is are team leader
Mrs Parlowski was the therapist who
has the skill to mental manipulation
any patient she feel like, at any
time she wants to,
They one of the Boss out of 249 the
second ho building, Mrs Meghan
called me to her office, to questions
on what Mrs Palowski said that
I touch her when she came to
my apartments, so she tell me how
she feeled about that, and what
I did was very wrong,
I couldn't tell her I made u deal
in 12-1-14, which I woudn't tell or
the staff for patient but they

(11)

they would take good care of me.
So two weeks later Mrs Megan
found out that I forgot to
tell her why Mrs Palowski was
coming to my apartment with the
explicit purpose of having sex
with me a patient,
Then she got Psychiatric
doctor to act and had to try
to 302 after what Mrs Palowski
told him, he would medication
of Latuda (40 mg)
Mr. Dewolf said all my medication
would be filled but he said he
cann't work for Mercy, because
they keep asking me to be dishonest
to the patients;
The Mrs Palowski said she
was sorry for what she had
done, she said she couldn't
handle it, so she had to do
something to me, so she showed
me that by rubbing on my leg
with her pussy, She put
her fingers on her female
lips, But I refused to text her.

She start a rumars that I had to
be a homosexual,
She told the patient that I willn't
grab her up and take from her.
I am not a Rapist like some of the
patient's in the program,
This is how Mrs Palowski use her
power as a ett member to commit
crimes against persons with mental
illness by doing Psychosis, Mental
abuse, Mental manipulation, grand
larceny by trick, manipulation of
sexual desires, false solicitation.
The only was for me to reluse my
sexual desires that Mrs Palowski
creat within me, so I wrote texts,
I feeled at that time I want to
give in to my desires, I was so
tired of the tease, A man as my
intelligence always worried all about
the consequence, for what I think
I cann't trust her, she has done
notthing so I can trust,
She would do thing to me by
solicitation to make me have
a strong sexual desires, So

what I did, I made the same mistake twice, I texted her after a while Mrs. Palowski found a new ally in the team leader Mrs. Herman and she was going to do something to me for texting her like that,

I trying to get a message to the big boss that merly front desk start play games with my head, When I did talked to the big boss, she totally abandoned me, she said she don't remember,

So Mrs Herman told me that kim Welch had suspended the Americans with Disabilities act, so she is allowed to take me out of group for the next six weeks,

This is why Merry fellatio services and other sex acts, They like doing it in group that makes their Job more easy,

For Mrs Herman she use her office to bring patient's back into her office to have sex

(14)

- My tro out my investigation has l bound mercy abuse of power, and many kind of sexi arts they do with the patient's,
  one having a legal and moral obligations as a human being to bring the turth of

South 9th st, All four build are used for mercy ho program; Mercy Fellatio services;

3

- 315 the program is run like a ho house or a brothel;

- Doctors, therapist and other mental, health works would get on their knee for the patient's in the lobby;

- Doctors, therapist and other mental health works would use the side room for them to do services;

(5)

• Doctors, therapist and other mental health works used biango group at one time if you win you got a gift and services;

• Doctors, therapist and other mental health works use groups for their services;

• Doctors, therapist and other mental health works use their back office to do those service for the patient's;

• The Doctors office at 249 is used for Merry fallatio services and other sex act is where the patient go to services;

• Doctors, therapist and other mental health works uses the offices at 249, to take the patient to do services;

(16)

• Doctors, therapists and other Mental health works used to use the Park lot to give servites to Patient's;

• Doctors, therapists and other mental-health work use their home vists to Perform their job of fellatio servises than bill the insurance company for those servies they commit to;

• Doctors, therapists and other mental health work use their Powe of discretion of their smoke Policy, The use they power of Mercy fellatio service and other sex art to enforce the Policy;

• Doctors therapists and other mental health work Start to bragging to the Patient what they where going to me (Will ackerman) For telling on Mercy Fellatio servises and other sex art, What they where going to do, Is they are going to give



volunteer solicitation of sex so they can claiming Psychosis so they could do filing of criminal charges so they can elimination of a problem a patient who can think on his own and my believe in democracy;

• Doctors and therapist and other mental health works, they spend a lot of time finding staff to do something to the patient's; They back this up with mercy fellatio services and other sex act, so with this power they can and will cut to messing with the patient's lifes;

• Doctors and therapist and other mental health works, use the back for orgies or sex parties, male staff call it ho times, this where male staff find a female or another male staff or a female finds another female to have all types of sex;

(18)

• Doctors and therapist and other mental health works, in all Mercy program to give Mercy Fellatio services and sex cuts for patient's and stuff.

• Now my questions is Kim Welch have the power to give permission to the Allegheny county mental health works to give Mercy Fellatio services and sex cuts they do for the patient's and staff?

• My other questions is Mercy state funds is to be used for treatment of the mental ill, but what I have seen is patient's are more worried about getting a blowjob, Now what I need to know can the staff blurring the issues of what treatment is about?

• My other questions is why can't the health department have no rules on state funding to make it to do their and backing with Voice testing of all mental works?

(79)

"When I do ask the office of behavior health for their help to have Mrs Palowski and Mrs Herman to be voice testing, I told them I can't take any more mental abuse by them, can they help me, I was have a problem with my Diagnoses - Axis II - Borderline intellectual functioning

Dsm IV said Borderline intellectual functioning is a cognitive impairment that applies to people who have lower than average intelligence but do not have intellectual developmental disorder or mental retardation. Borderline intellectual functioning is diagnosed by Iq test scores that are between 71 and 84. People with borderline intellectual typically have difficulties with learning, reasoning, planning, abstract thinking, and judgement. Lower than average intellectual functioning



handling my own personal affairs,
I believe this how Mercy commits
fraud against the state. What
Mercy is very good at doing a
cover by telling lies about me.
Every time I ask for help from the
office of behavior health, they make
me fell I should have never ask
them, I also ask for a Da test for a
right to show Mercy fraud which
they commit every day they open their
doors, Its one sex act after another
which means that Mercy staff cannot
keep their hand, I am siding
with staff they get the rights
of calling all of them are cutting
or doing or comming the act of
a felony rape,

What can a Patients like me
can do to stop them?